Martin **RAMIREZ LOPEZ,** Petitioner,

v.

Eric H. **HOLDER, Jr.,** Attorney General, Respondent.

No. 08–72204.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 25, 2010.

Martin Ramirez Lopez, Norwalk, CA, pro se.

District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, Aliza Bessie Alyeshmerni, Richard M. Evans, Esquire, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Martin Ramirez Lopez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judge's order denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review questions of law de novo, *Castillo-Cruz v. Holder*, 581 F.3d 1154, 1158–59 (9th Cir. 2009), and we deny the petition for review.

Ramirez Lopez's contention that his conviction for violating Cal.Penal Code § 273.5(a) is not a crime of domestic violence under 8 U.S.C. § 1227(a)(2)(E)(i) because the statute of conviction encompasses minor injuries is foreclosed by *Banuelos–Ayon v. Holder*, 611 F.3d 1080, 1086 (9th Cir.2010). Ramirez Lopez is therefore statutorily ineligible for cancellation of removal. 8 U.S.C. § 1229b(b).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.